IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:12 CV 338

| | |
|---|---|
| TODD WILSON SHORT,  )  )  Plaintiff )  )  V )  )  AMBICA LLC, HIMANSHU KARVIR, )  SCOTT PACHECO, JONATHAN )  ROLANDS, and VICTOR PENDLEY, )  )  Defendants. ) | **ORDER** |

**THIS MATTER** is before the Court on Michael K. Ott's Application for Admission to Practice *Pro Hac Vice* of Charles F. Thompson, Jr. It appearing that Charles F. Thompson, Jr. is a member in good standing with the South Carolina State Bar and will be appearing with Michael K. Ott, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Michael K. Ott's Application for Admission to Practice *Pro Hac Vice* (#8) of Charles F. Thompson, Jr. is

**GRANTED**, and that Charles F. Thompson, Jr. is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Michael K. Ott.

Signed: January 18, 2013

Dennis L. Howell
United States Magistrate Judge